COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                          SUPREME JUDICIAL COURT
                                     FOR SUFFOLK COUNTY
                                     NO:BD-2021-049


IN RE: David E. Ashworth


ORDER OF TERM SUSPENSION/STAYED


This matter came before the Court, Lowy, J., on an
Information and Record of Proceedings pursuant to S.J.C. Rule
4:01, § 8(6), with the Recommendation and Vote of the Board of
Bar Overseers (Board) and the stipulation of the parties filed
by the Board on August 16, 2021.

Upon consideration thereof, it is ORDERED that:

1.   David E. Ashworth is hereby suspended from the practice
of law in the Commonwealth of Massachusetts for a period of six
(6) months, the effective date of which is hereby stayed for a period
of two (2) years, subject to the terms and conditions set forth in
the "Probation Agreement" attached as Exhibit B to the stipulation of
the parties and also attached hereto and incorporated herein.

It is FURTHER ORDERED that:

2.    Within fourteen (14) days of the date of entry of this
Order, the lawyer shall:

a)   file a notice only that the lawyer has been placed on a two (2) year period of accounting probation with every court, agency, or tribunal before which a matter is pending, together with a copy of the notices sent pursuant to paragraphs 2(b) and 2(c) of this Order, the client's or clients' place of residence, and the case caption and docket number of the client's or clients' proceedings;

b)   provide notice to all clients and to all wards, heirs, and beneficiaries that the lawyer only has been placed on a two (2) year period of accounting probation;

c) provide notice to counsel for all parties (or, in the absence of counsel, the parties) in pending matters only that the lawyer has been placed on a two (2) year period of accounting probation.

All notices required by this paragraph shall be served by certified mail, return receipt requested, in a form approved by the Board.

3.   Within twenty-one (21) days after the date of entry of this Order, the lawyer shall file with the Office of the Bar Counsel an affidavit certifying that the lawyer has fully complied with the provisions of this Order and with bar disciplinary rules.   Appended to the affidavit of compliance shall be:

a)   a copy of each form of notice, the names and

addresses of the clients, wards, heirs, beneficiaries, attorneys, courts and agencies to which notices were sent, and all return receipts or returned mail received up to the date of the affidavit.  Supplemental affidavits shall be filed covering subsequent return receipts and returned mail.  Such names and addresses of clients shall remain confidential unless otherwise requested in writing by the lawyer or ordered by the court;

     b)  a list of all other state, federal and administrative jurisdictions to which the lawyer is admitted to practice;

4.  Within twenty-one (21) days after the entry date of this Order, the lawyer shall file with the Clerk of the Supreme Judicial Court for Suffolk County:

     a)  a copy of the affidavit of compliance required by paragraph 3 of this Order;

     b)  a list of all other state, federal and administrative jurisdictions to which the lawyer is admitted to practice; and

5.  The lawyer shall timely comply with the conditions of this Order and remain in compliance throughout the two (2) year probation period.  Upon the expiration of the two (2) year period the lawyer can petition the Court, with the assent from Bar Counsel, for the termination of his two (2) year probation.

If the lawyer fails to comply with any of the terms and conditions of this Order, bar counsel may petition this Court for the immediate imposition of the six (6) month suspension.

By the Court, (Lowy, J.)


/s/ Maura S. Doyle
Clerk

Entered: September 8, 2021

A True Copy

Attest

9/13/21
Date

Assistant Clerk